IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re IRA PERRY,

                                      /

No. C 13-03333 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

In a notice dated July 17, 2013, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an *in forma pauperis* (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file. The Clerk shall enter judgment, terminate all pending motions, and close the file.

IT IS SO ORDERED.

DATED:   August 23, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.13\Perry3333.DISM(noCompl&noIFP).frm